UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES YELVERTON,<br><br>              Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>              Defendant. | CASE NO. C23-5261 BHS<br><br>ORDER |

THIS MATTER is before the Court on Defendant Nationstar Mortgage's Board of Directors' Motion to Dismiss, Dkt. 6. Plaintiff Yelverton does not oppose the motion, and it is **GRANTED**. Yelverton's claims against Nationstar's Board of Directors are **DISMISSED** and the Board shall be terminated as a party and in the caption.

IT IS SO ORDERED.

Dated this 13th day of June, 2023.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1