UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES YELVERTON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | CASE NO. 3:23-cv-05261-KKE<br><br>ORDER DENYING REQUEST FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' submission of a Joint Stipulated Protective Order ("Proposed Order"). Dkt. No. 13. The Proposed Order is both procedurally and substantively deficient under the Local Rules, and as such, the Court declines to enter it.

First, Local Civil Rule 10(g) requires that stipulations seeking a court order be submitted by stipulated motion. Here, the parties submitted the Proposed Order without a motion.

Second, Local Civil Rule 26(c)(2) lays out several substantive requirements for entry of a protective order, none of which are met in the Proposed Order. Specifically, Local Civil Rule 26(c)(2) encourages the parties to use this district's model protective order, which is available on the Court's website. To the extent the parties wish to depart from the terms of the model order, they are required to "provide the court with a redlined version identifying departures from the

ORDER DENYING REQUEST FOR ENTRY OF Stipulated Protective Order - 1

model." LCR 26(c)(2). Here, the parties have departed from the model order in significant respects and have failed to provide a redlined version identifying these departures or otherwise explain them. Moreover, the Proposed Order does not "adequately and specifically describe[] the justification for such an order," nor does it meet the other objectives of the rule, including not conferring "blanket protection on all disclosures or responses to discovery" or prohibiting presumptive filing under seal. *Id.*

For these reasons, the Court declines the parties' request to enter the Proposed Order without prejudice. Dkt. No. 13. To the extent the parties believe this matter involves confidential or proprietary information subject to protection, the parties are directed to file a stipulated motion and proposed protective order in compliance with the Local Civil Rules.

Dated this 20th day of September, 2023.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge