# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON – TACOMA

| | |
|---|---|
| JAMES YELVERTON, a married man and his marital community,<br><br>              Plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>              Defendant. | Case No.: 3:23-cv-05261-KKE<br><br>**STIPULATION AND AGREED ORDER ALLOWING NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER TO AMEND ANSWER TO COMPLAINT** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 15(a)(2) and LCR 15, the parties jointly stipulate and consent that Nationstar Mortgage, LLC d/b/a Mr. Cooper may file an Amended Answer to Complaint to add affirmative defenses of the statute of limitations and laches and to correct typographical errors in the original Answer. A redlined draft of Nationstar's proposed Amended Answer to Complaint is attached as Exhibit A.

The undersigned agree to the above Stipulation this 21st day of May, 2024.

Dated:  May 21, 2024                                        Respectfully submitted,

/s/ *Philip A. Haas*  
Philip A. Haas, WSBA No. 46959  
HAAS LAW, P.S.  
506 Second Ave., Suite 1400  
Seattle, WA 98104  
Telephone: 206.853.3379  
Email: phil@haasattorneys.com  
*Attorney for Plaintiff*  
*James Yelverton*

/s/ *Thomas N. Abbott*  
Thomas N. Abbott (WSB # 53024)  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
100 SW Main Street, Suite 1000  
Portland, Oregon 97204  
Telephone: 503.290.2322  
Email: thomas.abbott@troutman.com  
*Attorneys for Defendant Nationstar*  
*Mortgage LLC d/b/a Mr. Cooper*

STIPULATION AND AGREED ORDER ALLOWING NATIONSTAR TO AMEND ANSWER TO COMPLAINT  - 1
CASE NO. 3:23-CV-05261-KKE

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW MAIN ST., SUITE 1000
PORTLAND, OREGON 972044
T: 503-290-2322

# AGREED ORDER

Pursuant to the parties' Stipulation and consent above, it is HEREBY ORDERED that Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper is granted leave to file Nationstar's Amended Answer to Complaint, a redlined draft of which is attached as Exhibit A.

Dated this 22nd day of May, 2017.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

Presented by:

By: */s/   Thomas N. Abbott*
Thomas N. Abbott (WSB # 53024)
TROUTMAN PEPPER HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

Attorneys for Defendant
*Nationstar Mortgage, LLC d/b/a Mr. Cooper*

Approved as to form:

By: */s/   Philip A. Haas*
Philip A. Haas, WSBA No. 46959
HAAS LAW, P.S.
506 Second Ave., Suite 1400
Seattle, WA 98104
Telephone: 206.853.3379
Email: phil@haasattorneys.com

Attorney for Plaintiff
*James Yelverton*

STIPULATION AND AGREED ORDER ALLOWING NATIONSTAR TO AMEND ANSWER TO COMPLAINT  - 2
CASE NO. 3:23-CV-05261-KKE

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW MAIN ST., SUITE 1000
PORTLAND, OREGON 972044
T: 503-290-2322