UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES YELVERTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　Defendant. | CASE NO. C23-5261-KKE<br><br>ORDER STRIKING DISCOVERY MOTION |

This matter comes before the Court on Plaintiff's motion to compel production. Dkt. No. 29. This motion does not comply with the Court's Order Regarding Chambers Procedures in Civil Cases, which sets out a process that parties must follow before filing a discovery-related motion. Dkt. No. 20 at 2. Accordingly, the Court STRIKES both Plaintiff's motion (Dkt. No. 29) and the accompanying motion to seal (Dkt. No. 30). The parties are directed to comply with the Chambers Procedures Order as to this dispute and any future discovery disputes.

Dated this 19th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING DISCOVERY MOTION - 1