UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES YELVERTON,<br><br>                Plaintiff,<br>  v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>                Defendant. | CASE NO. C23-5261-KKE<br><br>ORDER STRIKING STATEMENT OF DISCOVERY DISPUTE |

Plaintiff James Yelverton filed a unilateral statement of discovery dispute on August 1, 2024. Dkt. No. 34. Defendant filed a separate statement in response on August 2, 2024. Dkt. No. 35. Yelverton's statement of discovery dispute does not comply with the Court's Order Regarding Chambers Procedures in Civil Cases, which requires "[t]he moving party must submit a *joint* statement" of a discovery dispute. Dkt. No. 20 at 2 (emphasis added). Because the statement of discovery dispute did not comply with the Court's order, the Court STRIKES Yelverton's statement (Dkt. No. 34). To the extent the parties seek Court intervention with respect to a discovery dispute, the parties are ORDERED to meet and confer, and file a joint statement as set forth in the Court's order (Dkt. No. 20).

Dated this 8th day of August, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER STRIKING STATEMENT OF DISCOVERY DISPUTE - 1